IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ANDREW JUAREZ,**<br><br>                              Petitioner,<br><br>     v.<br><br>**JEANNE WOODFORD, Director,**<br><br>                              Respondent. | CIV F 04-6541 OWW LJO HC<br><br>**ORDER** GRANTING MOTION FOR EXTENSION OF TIME<br><br>(Document #18) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On April 7, 2005, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus, pursuant to the court's order of January 7, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is GRANTED until **May 23, 2005** in which to file a response to the petition for writ of habeas corpus. **No further extensions of time will be granted without a hearing.**

IT IS SO ORDERED.

**Dated:    April 20, 2005**          /s/ Lawrence J. O'Neill
23ehd0                                          UNITED STATES MAGISTRATE JUDGE