UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANDREW JUAREZ, | ) | CV F 04 6541 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION TO COMPEL DISCOVERY |
| | ) | |
| JEANNE WOODFORD, Director, | ) | [Doc. #20] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 2, 2005, Petitioner requested the Court to compel discovery. Petitioner seeks copies of appellate transcripts for purposes of exhaustion.

"The writ of habeas corpus is not a proceeding in the original criminal prosecution but an independent civil suit." Riddle v. Dyche, 262 U.S. 333, 335-336, 43 S.Ct. 555, 555 (1923); *See*, *e.g.* Keeney v. Tamayo-Reyes, 504 U.S. 1, 14, 112 S.Ct. 1715, 1722 (1992) (O'Connor, J., dissenting). However, modern habeas corpus procedure has the same function as an ordinary appeal. Anderson v. Butler, 886 F.2d 111, 113 (5th Cir. 1989); O'Neal v. McAnnich, 513 U.S. 440, 442, 115 S.Ct. 992 (1995) (federal court's function in habeas corpus proceedings is to "review errors in state criminal trials"(emphasis omitted)). A habeas proceeding does not proceed to "trial" and unlike other civil

litigation, a habeas corpus petitioner is not entitled to broad discovery. <u>Bracy v. Gramley</u>, 520 U.S. 899, 117 S.Ct. 1793, 1796-97 (1997); <u>Harris v. Nelson</u>, 394 U.S. 286, 295, 89 S.Ct. 1082, 1088-89 (1969). Although discovery is available pursuant to Rule 6, it is only granted at the Court's discretion, and upon a showing of good cause. <u>Bracy</u>, 117 S.Ct. 1793, 1797; <u>McDaniel v. United States Dist. Court (Jones)</u>, 127 F.3d 886, 888 (9th Cir. 1997); <u>Jones v. Wood</u>, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254.

Petitioner does not demonstrate good cause for his request for discovery. Petitioner does not state why the information is needed or why said discovery is relevant to a determination of the merits of the petition. Accordingly, Petitioner's request for discovery is DENIED.

IT IS SO ORDERED.

**Dated:   May 16, 2005**                            **/s/ Lawrence J. O'Neill**
b9ed48                                                                UNITED STATES MAGISTRATE JUDGE