UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANDREW JUAREZ, | ) | 1:04-CV-06541 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DISMISSING PETITION AND |
| v. | ) | DIRECTING CLERK OF COURT TO CLOSE CASE |
| | ) | |
| JEANNE WOODFORD, Director, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On March 14, 2007, the Court received a notice of death of the petitioner. Accordingly, the petition is hereby DISMISSED and the Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

**Dated:   March 29, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE